IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEBORAH HOLLEY,

    Plaintiff,

v.                                             CASE NO. 1:11-cv-00095-MP-GRJ

CITY OF HIGH SPRINGS,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on Doc. 29, Mediation Report. On November 23, 2011, the parties participated in mediation. The mediator reports that all issues have been resolved.

    Accordingly, it is now **ORDERED** as follows:

1. The parties are directed to file a notice of settlement and stipulation of dismissal on or before December 23, 2011.

**DONE AND ORDERED** this 15th day of December, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge