# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

DEBORAH HOLLEY,

    Plaintiff,

v.                                                          CASE NO. 1:11cv95-MP-GRJ

CITY OF HIGH SPRINGS,

    Defendant.

_____/

## O R D E R

    This matter is before the Court on a Joint Stipulation of Dismissal with Prejudice. (Doc. 33).  In the Joint Stipulation, which is signed by counsel for all parties who have appeared, the parties indicate that they have settled all claims as to all parties, and request the Court to dismiss the case with prejudice, with each party to bear its own attorney's fees and costs.

    Accordingly, it is now **ORDERED** as follows:

    The joint stipulation of dismissal is accepted by the Court under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and this case is dismissed with prejudice, consistent with the parties' stipulation.  The Clerk is directed to close the file.

    **DONE and ORDERED** this 30th day of December, 2011.

                                                      *s/ M. Casey Rodgers*
                                                    **M. CASEY RODGERS**
                                                    **CHIEF UNITED STATES DISTRICT JUDGE**